UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALIA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00342-CDB (SS)<br><br>ORDER ON STIPULATION FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

　　　Plaintiff Oralia Lopez ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On May 24, 2024, Defendant filed the applicable administrative record. (Doc. 11). Pending before the Court is Plaintiff's stipulated request for an extension of time to file and serve her motion for summary judgment. (Doc. 12). In light of the parties' stipulated representations and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff shall file her motion for summary judgment by July 24, 2024; and
2. The timelines for the filing of an opposition and/or reply remain governed by the Court's Scheduling Order (Doc. 7).

IT IS SO ORDERED.

Dated:　**June 21, 2024**　　　　　　　　　　　　／s／　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE