UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALIA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00342-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE A RESPONSIVE BRIEF<br><br>(Doc. 19) |

On March 22, 2024, Plaintiff Oralia Lopez ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability insurance and supplemental security income benefits under the Social Security Act. (Doc. 1). Defendant lodged the certified administrative record with the Court on May 24, 2024. (Doc. 11). Plaintiff filed an opening brief on July 26, 2024. (Doc. 17).

Pending before the Court is the parties' stipulated request to extend Defendant's date to respond to Plaintiff's opening brief from August 26, 2024, to September 25, 2024. (Doc. 19). For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension. Accordingly, pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that Defendant's deadline to file a responsive brief be extended to **September 25, 2024**, and the Court's scheduling Order (Doc. 7) shall continue to

1  govern the filing of any reply brief.

2  IT IS SO ORDERED.

3  Dated:  **August 26, 2024**

4  _____
   UNITED STATES MAGISTRATE JUDGE