UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALIA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00342-CDB (SS)<br><br>FINDINGS AND RECOMMENDATIONS GRANT STIPULATED REQUEST TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 21)<br><br>14-DAY DEADLINE.<br><br>Clerk of Court to randomly assign District Judge |

　　　　Before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, filed September 24, 2024.  (Doc. 21).

　　　　Upon consideration of the parties' stipulation, pleadings, and for good cause shown, IT IS HEREBY ORDERED:

　　　　1.　The Clerk of Court is DIRECTED to randomly assign a district judge to this action for the purposes of reviewing these findings and recommendations.

And IT IS HEREBY RECOMMENDED

　　　　1.　The above-captioned matter be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge for a new decision in accordance with the parties' stipulation (Doc. 21); and

3. The Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days of being served with these findings and recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __October 1, 2024__        _____
                                                        UNITED STATES MAGISTRATE JUDGE