| | |
|---|---|
| ORALIA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00342-KES-CDB (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT STIPULATED REQUEST TO VOLUNTARY REMAND PUSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 23) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　　On March 22, 2024, plaintiff Oralia Lopez filed this action seeking judicial review of the final decision of the Social Security Commissioner denying her application for social security disability insurance and supplemental security income benefits for lack of disability. (Doc. 1.)  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 24, 2024, the parties filed a stipulated request to voluntary remand this action pursuant to sentence four of 42 U.S.C. § 405(g) and to the entry of judgment.  (Doc. 21.) On October 1, 2024, the assigned magistrate judge issued findings and recommendations, recommending that the terms of the stipulation be adopted.  (Doc. 23.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  Neither party filed objections, and

1    the time to do so has passed.

2        In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a
3    de novo review of this case.  Having carefully reviewed the file, the Court concludes that the
4    findings and recommendations are supported by the record and proper analysis.

5        Accordingly:

6        1. The findings and recommendations issued on October 1, 2024 (Doc. 23) are
7           adopted in full;
8        2. This matter is remanded to the Commissioner of Social Security for further
9           administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);
10       3. Upon remand, the Appeals Council shall remand the case to an Administrative Law
11          Judge for a new decision in accordance with the parties' stipulation (Doc. 21); and
12       4. The Clerk of the Court is directed to enter a final judgment in favor of plaintiff, and
13          against defendant, reversing the final decision of the Commissioner, and to
14          terminate all pending dates.

17   IT IS SO ORDERED.

18       Dated:   December 13, 2024

                                   UNITED STATES DISTRICT JUDGE